NO. 07-06-0299-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 13, 2006
_____

RITA MORENO ANDRADE, Individually and as Representative
of the Estate of JOSE ISABEL ANDRADE, Deceased, and as
Next Friend for GUSTAVO ANDRADE MORENO, a Minor Child;
ISABEL ANDRADE PARRA; BERTHA ANDRADE PARRA;
VICTORIANO ANDRADE PARRA; ESTELA ANDRADE PARRA,

Appellants

V.

DISCOUNT TIRE COMPANY OF TEXAS, INC.,

Appellee
_____

FROM THE 63rd DISTRICT COURT OF VAL VERDE COUNTY;

NO. 24678-B; HON. THOMAS F. LEE, PRESIDING
_____

***ORDER DISMISSING APPEAL***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellants, by and through their attorneys, have moved to dismiss the appeal
numbered above due to all matters having been resolved between the parties. Without
passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate
Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at the request

of appellants, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice